United States District Court
Southern District of Texas
**ENTERED**
April 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| REBECCA J. SINGLETON, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | 3:23-cv-349 |
| | § | |
| NEWREZ, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On February 2, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 14. Judge Edison filed a memorandum and recommendation on April 1, 2026, recommending that a motion for summary judgment filed by the defendant Newrez, LLC, Dkt. 18, be granted, and that the court sua sponte enter judgment in favor of unserved the defendants Huy Diep and An Quoc Vu. Dkt. 23.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 23, is approved and adopted in its entirety as the holding of the court;

(2) Newrez's motion for summary judgment, Dkt. 18, is granted; and

(3)    The court sua sponte enters judgment in favor of the unserved defendants Diep and Vu.

SIGNED on Galveston Island this 28th day of April 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2